IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, INC., and FIRST NATIONAL BANK OF COLUMBUS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 21) is granted, as follows:

Plaintiff shall have until October 3, 2008, to respond to Defendants' motion for summary judgment (filing 18).

August 22, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge