```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, | ) | MEMORANDUM AND ORDER |
| INC. and FIRST NATIONAL BANK | ) | |
| OF COLUMBUS, | ) | |
| | ) | |
| Defendants. | ) | |

A telephone conference was held with counsel this date pursuant to FRCP 16.  Because both counsel are of the opinion that the case may be decided on cross motions for summary judgment, it was agreed that the planning conference should be postponed until after the court has resolved the motions for summary judgment.  In the event discovery is then necessary, a planning conference will be held to address scheduling.

   IT THEREFORE HEREBY IS ORDERED,

   Within two weeks following the court's final ruling on the last of the summary judgment motions, assuming that the case is not by such ruling resolved, plaintiff's counsel shall telephone the chambers of the undersigned to schedule a planning conference for the purpose of scheduling this matter to trial.

   DATED this 10th day of September, 2008.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge