IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV122 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, INC., and FIRST NATIONAL BANK OF COLUMBUS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 31) is granted, as follows:

    Plaintiff shall have until December 19, 2008, to file a reply brief and evidence regarding Plaintiff's motion for summary judgment (filing 24).

December 3, 2008        BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge