```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV122 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF COLUMBUS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Following a brief telephone conference this date,

IT IS ORDERED:

Due to pending settlement negotiations, the telephone planning conference is continued from today to June 23, 2009 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 18th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge