IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CV122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FIRST NATIONAL OF NEBRASKA, INC., and FIRST NATIONAL BANK OF COLUMBUS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and notice of dismissal (filings 42, 43) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to bear their own costs and attorney fees.

August 7, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge